# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING CROSS DEFENSE SYSTEMS, INC., <br><br>           Plaintiff, <br><br>     v. <br><br>DOLARIAN CAPITAL, INC., and ARA G. DOLORIAN, <br><br>           Defendants. <br>_____/ | 1:13-cv-01773-AWI-GSA <br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

   Defendant, Dolarian Capital, Inc., has filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is set for hearing before this Court on Monday, January 21, 2014 at 1:30 p.m.. Plaintiff, Sterling Cross Defense Systems, Inc., has filed an opposition. Defendant has not replied within the deadline.[1] Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g).  The hearing date of January 21, 2014 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 16, 2014                                 _____
                                                                              SENIOR  DISTRICT  JUDGE

---

[1] Defendant may file a late reply if it chooses to do so.

1