Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
8441 N. M̀ILLBROOK, S̀UITE 104
F̀RESNO, CA 93720
—
559-440-1191

Attorneys for Plaintiff Sterling Cross Defense Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sterling Cross Defense Systems, Inc.,<br><br>    Plaintiff<br><br>  v.<br><br>Dolarian Capital, Inc. and Ara G. Dolarian,<br><br>    Defendants.<br><br>and related COUNTERCLAIM | Case No.: 13-CV-01773-AWI-GSA<br><br>ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL AND REQUEST TO EXTEND DISCOVERY CUT-OFF<br><br>(ECF No. 29) |

    The Ex Parte Application of Plaintiff Sterling Cross Defense Systems, Inc. ("Plaintiff") requesting an Order Shortening Time to Hear Motion to Compel and Request to Extend Discovery Cut-Off having been considered and good cause for the failure of the moving party to give written notice thereof having been shown, as well as good cause for such order shortening time having been shown,

    Plaintiff's Motion to Shorten Time is GRANTED. Accordingly, the hearing on the Motion to Compel Attendance of Defendant Ara G. Dolarian at Deposition and for Extension of Discovery Cutoff is set for May 22, 2015, at 9:30 a.m., in Courtroom 10. Counsels for both parties are required to appear in person.

IT IS SO ORDERED.

   Dated:  **May 19, 2015**           /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28