**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STERLING CROSS DEFENSE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOLARIAN CAPITAL, INC., *et al.*, <br><br> Defendants. | **Case No. 1:13-cv-01773-AWI-GSA** <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** <br><br> **(ECF No. 39)** |

After a pattern of non-responsive conduct by Defendants Dolarian Capital, Inc, Ara Dolarian, and defense counsel Myron Smith, the Magistrate Judge issued an Order to Show Cause why sanctions should not be imposed, including the striking of all pleadings filed by the Defendants. (ECF No. 36.) Defendants and defense counsel failed to respond to the Order to Show Cause and did not appear at the hearing. (ECF Nos. 38, 39.) On July 20, 2015, the Magistrate Judge issued Findings and Recommendations recommending the striking of Defendants' responsive pleadings and granting of entry of default. (ECF No. 39.) The Findings and Recommendations were served on Defendants with instructions that any objections must be filed within fourteen days. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the

Findings and Recommendations are supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated July 20, 2015 (ECF No. 39), are ADOPTED IN FULL;
2. Defendants Dolarian Capital, Inc. and Ara G. Dolarian's responsive pleadings (ECF Nos. 16, 17) shall be STRICKEN;
3. The Clerk of the Court is DIRECTED to enter default against Defendants Dolarian Capital, Inc. and Ara G. Dolarian; and,
4. Plaintiff is DIRECTED to file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55 within sixty days after the Clerk of the Court has entered default against Defendants.

IT IS SO ORDERED.

Dated:   August 14, 2015                                 _____
                                                                            SENIOR  DISTRICT  JUDGE